IN THE MATTER OF THE SUSPENSION AND REVOCATION OF THE LICENSE OF RONALD J. WROBLEWSKI, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

July 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT M. JAFFE.

August 18, 1982.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Hunt and Pirillo*, 91 *N.J.* 338 (1982).

TOWNSHIP OF PARSIPPANY–TROY HILLS v. HILL–MAR ASSOCIATES.

September 8, 1982.

Petitions for certification denied.

WALTER P. COONS v. AMERICAN HONDA MOTOR CO., INC.

September 14, 1982.

Certification to Superior Court, Law Division granted.